HHW

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV1839
JUDGE HART
MAG. JUDGE NOLAN

In the Matter of                                    Case Number:

LEROY LOUDERMILK, LML MONEY MANAGEMENT
CORP., and NASHVILLE PARTNERS, LLC.
v.
GREENBERG TRAURIG, LLP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

FILED
J.N
MAR 3 1 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Eric M. Brown |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Eric M. Brown   Eric M. Brown |

| FIRM |
|---|
| Aronberg Goldgehn Davis & Garmisa |

| STREET ADDRESS |
|---|
| 330 North Wabash |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6206652 | 312/828-9600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐