# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1839 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Loudermilk vs. Greenberg Traurig, LLP | | |

**DOCKET ENTRY TEXT**

By April 16, 2008, plaintiffs shall file a supplemental statement in support of jurisdiction: (a) expressly listing all the members of NPF and their citizenship, (b) listing the partners/members of Greenberg Traurig, P.A. and their citizenship, and (c) expressly stating which offices of defendant provided them representation. Plaintiffs shall provide to defendant a copy of the supplemental statement and today's minute order. When defendant answers or otherwise pleads, it shall file a statement setting forth its views as to its citizenship for purposes of determining jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|