### *United States District Court for the Northern District of Illinois*

Case Number: 08cv1839                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

2 Original and 2 copies on 4/3/08 as to GREENBERG TRAURIG, LLP
                              (Date)
(2 DIFFERENT ADDRESSES) _____

_____