IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GREENBERG TRAURIG, LLP, <br><br> Defendant. | Case No. 08 CV 1839 <br><br> Judge Hart |

**SUPPLEMENTAL STATEMENT IN SUPPORT OF JURISDICTION**

Plaintiffs, LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC, by their attorneys, submit this Supplemental Statement in Support of Jurisdiction.

1. On April 2, 2008, the Court entered an order requiring Plaintiffs to file a supplemental statement in support of jurisdiction which would include: (a) a listing of all the members of Nashville Partners Fund, LLC and their citizenship, (b) a listing of the partners/members of Greenberg Traurig, P.A. and their citizenship, and (c) a statement indicating which offices of Defendant provided representation to Plaintiffs.

2. Nashville Partners Fund, LLC ("NPF") is a Delaware limited liability company that maintains its principal place of business in Homewood, Illinois. NPF has two members: Leroy Loudermilk ("Lee"), who holds a 99% interest in NPF, and LML Money Management Corp. ("LML"), which owns the remaining 1% interest in NPF.

3. Lee is a citizen of Indiana and resides in Valparaiso, Indiana.

4. LML is an Illinois corporation that maintains its principal place of business in Homewood, Illinois.

5. Therefore, Plaintiffs' states of citizenship for diversity jurisdiction under 28 U.S.C. §1332 are Illinois and Indiana.

6. Defendant, Greenberg Traurig, LLP ("GT"), is a New York limited liability partnership with two partners, Greenberg Traurig of New York, P.C., a New York professional corporation, and Greenberg Traurig, P.A., a Florida professional association. *See* Ex. 1. Greenberg Traurig of New York, P.C. has its principal place of business in New York, and Greenberg Traurig, P.A. has its principal place of business in Florida.

7. A professional association organized under Florida law is akin to a professional corporation and, thus, is governed by Florida State Statute Chapter 607 regulating corporations. *See* Florida State Statute Chapter §621.13(1). As a professional association, Greenberg Traurig, P.A. has shareholders rather than partners or members, and its state of citizenship for diversity jurisdiction under 28 U.S.C §1332 is determined by its state of incorporation (Florida) and the state in which its principal place of business is located (Florida).

8. Therefore, Defendant's status of citizenship for diversity jurisdiction under 28 U.S.C. §1332 are New York and Florida.

9. Because Defendant is not a citizen of either Illinois or Indiana, Plaintiffs' states of citizenship, and because the amount in controversy exceeds $75,000, exclusive of costs and interest, this matter meets the requirements for diversity jurisdiction under 20 U.S.C. §1332.

10.     Plaintiffs were represented by GT's New York office in relation to the Tax Shelter Transactions as defined in the Complaint, and by GT's Florida office in relation to the Trust as defined in the Complaint.

LEROY LOUDERMILK, LML MONEY
MANAGEMENT, CORP., and NASHVILLE
PARTNERS FUND, LLC

By: _____
       One of their attorneys

Nathan H. Lichtenstein
Eric M. Brown
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue
Chicago, Illinois 60611
312-828-9600
30375

478241.v1

3

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT # 601352**
1. Entity Name
GREENBERG TRAURIG, P.A.



| Principal Place of Business | Mailing Address |
|---|---|
| C/O DIRECTOR OF FINANCE<br>1221 BRICKELL AVENUE<br>MIAMI, FL 33131 | C/O DIRECTOR OF FINANCE<br>1221 BRICKELL AVENUE<br>MIAMI, FL 33131 |

APPROVED AND FILED

07 APR 25 PM 4:30

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

DO NOT WRITE IN THIS SPACE

04232007   No Chg-P   CR2E034 (11/05)

4. FEI Number: 59-1270754   Applied For / Not Applicable

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

GARRETT, RICHARD G
1221 BRICKELL AVENUE
STE. 2100
MIAMI, FL 33131

DO NOT WRITE IN THIS SPACE

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____   DATE
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)

| FILE NOW!!! FEE IS $150.00<br>After May 1, 2007 Fee will be $550.00 | 9. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|


500101261625
05/02/07--01056--009   **150.00

**10. OFFICERS AND DIRECTORS**

| TITLE | C |
|---|---|
| NAME | HOFFMAN, LARRY J |
| STREET ADDRESS | 1221 BRICKELL AVENUE |
| CITY-ST-ZIP | MIAMI, FL 33131 |

| TITLE | AT |
|---|---|
| NAME | WYLDE, FRANCES M |
| STREET ADDRESS | 1221 BRICKELL AVENUE |
| CITY-ST-ZIP | MIAMI, FL 33131 |

| TITLE | PD |
|---|---|
| NAME | ALVAREZ, CESAR L |
| STREET ADDRESS | 1221 BRICKELL AVENUE |
| CITY-ST-ZIP | MIAMI, FL 33131 |

| TITLE | VSTD |
|---|---|
| NAME | GORSON, MATTHEW B |
| STREET ADDRESS | 1221 BRICKELL AVENUE |
| CITY-ST-ZIP | MIAMI, FL 33131 |

| TITLE | AT |
|---|---|
| NAME | HIRSCH, DAVID E |
| STREET ADDRESS | 1221 BRICKELL AVENUE |
| CITY-ST-ZIP | MIAMI, FL 33131 |

| TITLE | |
|---|---|
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |

DO NOT WRITE IN THIS SPACE

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____  DAVID E HIRSCH   4/23/2007   305-789-5499
Signature and typed or printed name of signing officer or director   Date   Daytime Phone #

EXHIBIT 1

GREENBERG TRAURIG OFFICERS
AS OF OCTOBER 1, 2006

| | |
|---|---|
| **PRESIDENT** | Cesar L. Alvarez |
| **VICE PRESIDENT, SECRETARY & TREASURER** | Matthew B. Gorson |
| **CHAIRMAN OF THE BOARD** | Larry J. Hoffman |

**ASSISTANT TREASURER**

| | | | |
|---|---|---|---|
| James S. Altenbach | Jesus E. Cuza | Jeffrey R. Houle | Richard S. Miller |
| Robert E. Altenbach | Richard F. Davis | Harold N. Iselin | Allen D. Moreland |
| Paul R. Alter | William R. Dehaan | Robert J. Ivanhoe | Kunichika Nakano |
| Allen D. Altman | Alan T. Dimond | Albert L. Jacobs, Jr. | Ned R. Nashban |
| Irwin P. Altschuler | Lucia A. Dougherty | Clifton R. Jessup, Jr. | Robert E. Neiman |
| Alan I. Annex | Brian L. Duffy | Shirley Z. Johnson | Clifford E. Neimeth |
| Daniel J. Ansell | Jeffry R. Dwyer | Wietse De Jong | Patrick T. O'Brien |
| Daniel H. Aronson | William B. Eck | Martin Kalb | Debbie M. Orshefsky |
| Douglas C. Atnipp | Richard A. Edlin | Robert S. Kant | Pamela M. Overton |
| James L. Bacchus | Earl Patrick Ellisen | Barbara T. Kaplan | David G. Palmer |
| Fred W. Baggett | Arthur J. England | Warren J. Karp | A. John Pappalardo |
| Markus W. Barmettler | Gary M. Epstein | Joel A. Katz | Adrienne F. Pardo |
| Kerri L. Barsh | Orlando L. Evora | Stephen F. Katz | David C. Peck |
| Hilarie Bass | Spencer G. Feldman | Bradford D. Kaufman | Carol Perrin |
| Donn A. Beloff | Randolph H. Fields | Ross Kaufman | Nancy A. Peterman |
| Norman J. Benford | Joseph Z. Fleming | David S. Kenin | Alan H. Pleskow |
| Paul Berkowitz | Jonathan M. Forster | Ronald W. Kleinman | Keith M. Pockross |
| Charles Berman | C. Allen Foster | David B. Kurzweil | Albert D. Quentel |
| Steven P. Berman | Paul T. Fox | Ronald C. Laface | Stephen L. Rabinowitz |
| Richard N. Bernstein | Judith D. Fryer | Steven A. Landy | Joe Reeder |
| Scott Donald Bertzyk | Robert C. Gang | Peter Van Langeveld | Laura F. Reiff |
| Mark F. Bideau | Roland Garcia | Kenneth A. Lapatine | Barry Richard |
| Lorence J. Bielby | Richard G. Garrett | Steven B. Lapidus | James G. Richmond |
| Karen Y. Bitar | Brian K. Gart | George K.C. Lee | Stephen A. Riddick |
| Daniel H. Black | John M. Gatti | Michael L. Lehr | J. Michael Riordan |
| Mark D. Bloom | Laurie L. Gildan | James P. S. Leshaw | Peter Roorda |
| Warren S. Bloom | Phillip C. Gildan | Oscar Levin | Richard A. Rosenbaum |
| Theodore I. Blum | Peter M. Gillon | Harley I. Lewin | Lawrence J. Rosenfeld |
| John A. Boudet | Richard J. Giusto | Peter H. Lieberman | Jeffrey M. Rosenthal |
| Reginald Bouthillier | Jerrold F. Goldberg | Corey E. Light | David L. Ross |
| Jan Kees Brandse | Joel K. Goldman | Gene Livingston | Eric Rowen |
| Howard Bregman | Steven E. Goldman | David Long-Daniels | Gil Rudolph |
| William D. Briendel | Glenn E. Goldstein | Thomas S. Loo | Stephen D. Sanford |
| Francis B. Brogan, Jr. | Gary R. Greenberg | Juan P. Loumiet | Ralph G. Santos |
| Morris C. Brown | Ernest L. Greer | Bruce E. Macdonough | Gary A. Saul |
| Eric W. Buether | Robert L. Grossman | Alfred J. Malefatto | Sanford M. Saunders, Jr. |
| Michael Burrows | Mark J. Grushkin | Jeffrey D. Mamorsky | Elliot H. Scherker |
| Tucker H. Byrd | Barbara A. Hall | Alan Mansfield | Paul D. Schindler |
| Michael Cafiso | Fred F. Harris | Bruce I. March | Mark P. Schnapp |
| Juan P. Cappello | Richard D. Harris | Pedro Martinez-Fraga | Clifford A. Schulman |
| Michael J. Cherniga | Susan L. Heller | Joel D. Maser | Alan U. Schwartz |
| Francis A. Citera | Dennis W. Hillier | George G. Matava | Diana P. Scott |
| William R. Clayton | Russell P. Hintze | James M. Mattesich | Jeff E. Scott |
| Lori G. Cohen | Hal M. Hirsch | M. S. Mcmillan | Jay A. Segal |
| Jay L. Cooper | Jeffrey A. Hirsch | Barbara C. Meili | Philip R. Sellinger |
| Leslie D. Corwin | Kenneth C. Hoffman | Patricia Menendez-Cambo | Keith J. Shapiro |
| David A. Coulson | Michael A. Hornreich | Frank E. Merideth | Robert A. Sherman |
| Brian S. Cousin | Robert A. Horowitz | Nelson F. Migdal | Brian J. Sherr |

CONTINUED ON PAGE 2　　GREENBERG TRAURIG OFFICERS, continued

GREENBERG TRAURIG OFFICERS
AS OF OCTOBER 1, 2006

## ASSISTANT TREASURER

GREENBERG TRAURIG OFFICERS, continued

| | | | |
|---|---|---|---|
| Charles A. Simmons | Jerry Stouck | Robert H. Traurig | Quinn P. Williams |
| Marc I. Sinensky | Bernard Stuivinga | Peter L. Tunis | Jean E. Wilson |
| Jeffrey B. Sklaroff | Michael J. Sullivan | George A. Van Fleet | Timothy D. Wolfe |
| Holly R. Skolnick | Alan N. Sutin | Jeffrey H. Verbin | James J. Wolfson |
| Jeffrey M. Smith | Paul J. Sutton | Edward C. Wallace | Diana S. Zeydel |
| Gary E. Snyder | Nancy E. Taylor | E. Jeffrey Walsh | Douglas A. Zingale |
| Michael B. Solovay | Jeffrey S. Tenen | David B. Weinstein | David E. Hirsch |
| Matthew S. Steinberg | Mark G. Tratos | Jennifer H. Weiss | Frances M. Wylde |

## ASSISTANT SECRETARY

| | | | |
|---|---|---|---|
| Frederic J. Adam | Mary E. Bruno | Laurence B. Dobkin | Mark R. Galis |
| Robert E. Adel | E. Burt Bruton | James H. Donoian | Thomas Galli |
| Joseph W. Ambash | Jerold I. Budney | John A. Doran | Laura R. Gangemi |
| Steven T. Anapoell | Randolph A. Bullard | Stacey P. Dougan | Alan S. Gaynor |
| Gregg I. Anderson | Rebecca L. Burnham | Candace R. Duff | William L. Gehrig |
| Neill Andre De La Porte | Richard A. Burton | Gary M. Dunkel | Jonathan S. Gelman |
| Robert C. Apgar | David P. Callet | Sylvie A. Durham | Matthew T. Gensburg |
| Eric S. Aronson | Deirdre A. Carson | Thomas E. Dutton | Kenneth A. Gerasimovich |
| David C. Ashburn | Christopher A. Cernik | Ronald W. Eisenman | John F. Gibbons |
| Ruth A. Bahe-Jachna | Robert P. Charrow | G. Roxanne Elings | Jeffrey Gilbert |
| Ian C. Ballon | Vincent H. Chieffo | Robert C. Epstein | Bruce H. Giles-Klein |
| Andrew E. Balog | Ronald P. Cima | Ruth F. Espey-Romero | John J. Giovannone |
| Kim B. Battaglini | Terence J. Clark | Craig A. Etter | Paul R. Glassman |
| Gerald L. Baxter | John R. Clemency | Booker T. Evans | William J. Goines |
| Naomi G. Beer | Kurt S. Clulow | Michael L. Fayad | Robert M. Goldich |
| Dawn Beighey-Georgiades | Joseph C. Coates III | Steven M. Felsenstein | Mario F. Gonzalez |
| Ralph B. Bekkevold | Brian D. Coggio | Loring I. Fenton | David M. Greenberg |
| George M. Belfield | Philip H. Cohen | Simon Ferro | Jonathan C. Guest |
| Jonathan Bell | Robert H. Cohen | Peter J. Fides | Hugh E. Hackney |
| Geoffrey Berman | Brian A. Colao | Robert S. Fine | Robert M. Harding |
| Howard J. Berman | Adam D. Cole | Kevin D. Finger | Jean E. Harris |
| Bridget A. Berry | Angela J. Crowder | Kathleen E. Finnerty | Larry D. Harris |
| Mark A. Berthiaume | John E. Cummerford | Dianne Coady Fisher | Martha Anderson Hartley |
| Brian C. Blair | Michael J. Dalton | Michael T. Fishman | Linda B. Hirschson |
| David E. Bolen | Joseph B. Darby, III | Michelle Fongyee | Mark L. Hogge |
| Lorenzo Borgogni | Christopher Darrow | Carl A. Fornaris | Kenneth A. Horky |
| Scott J. Bornstein | Paula Degiacomo | Ricardo L. Fraga | Gregory F. Hurley |
| Louis J. Bovasso | Harold R. Degraff | Seann M. Frazier | John B. Hutton |
| Mitchell F. Brecher | Gerard F. Diebner | Karl A. Freeburg | Frank S. Ioppolo |
| Lawrence H. Brenman | Robert Dinerstein | Harry J. Friedman | David K. Isom |

CONTINUED ON PAGE 3       GREENBERG TRAURIG OFFICERS, continued

GREENBERG TRAURIG OFFICERS
AS OF OCTOBER 1, 2006

4 of 4

| ASSISTANT SECRETARY | GREENBERG TRAURIG OFFICERS, continued | | |
|---|---|---|---|
| David Jay | Joseph M. Manak | Rob L. Phillips | Duane D. Sitar |
| Timothy J. Jessell | Jeffrey R. Mann | Randy Pollack | Kenneth M. Sklar |
| Christopher M. Joe | Jonathan S. Margolis | John R. Posthumus | Alan Slomowitz |
| Franklin D. Jones | Gregory M. Marks | Ivan J. Presant | Steven R. Smith |
| Stephen C. Jones | John L. Mascialino | James R. Prochnow | Mark E. Solomons |
| Wayne A. Jones | Steve Mastbaum | Paul Quinn | David G. Spackman |
| Jeffrey C. Joy | Craig T. Mcclung | John S. Rainey | I. William Spivey |
| Steven Katleman | Mark J. Mccombs | James P. Redding | Walter E. Steimel |
| Robert C. Kaufman | Terence P. Mccourt | C. R. Reetz | Charles R. Sterbach |
| Peter C. Kelley | Robert R. Mcdonald | Keith E. Reich | Charles E. Stiver, Jr. |
| W. Michael Kelly | Paul F. Mcquade | Jess L. Rosen | Lesa J. Storey |
| Michael J. King | Heather J. Meeker | Robert A. Rosenbloum | Kathleen Strickland |
| John C. Kirkland | Richard J. Melnick | Ronald Rosengarten | George D. Sullivan |
| Robert J. Kirshenberg | Stephen A. Mendelsohn | Ira N. Rosner | William H. Sultemeier |
| Marvin A. Kirsner | Scott Meza | Tina M. Ross | P.T. Tan |
| Joseph F. Kishel | Mark Michigan | Eric C. Rowe | Andrew G. Tavel |
| Laura M. Klaus | Daniel D. Mielnicki | E. T. Rumberger | Michael B. Thimmig |
| Leslie A. Klein | James C. Miller | Michael J. Sabatello | James Thoma |
| Steven M. Klein | Mark E. Miller | James R. Sacca | Lauri S. Thompson |
| Glenn A. Kleinbaum | Simon J. Miller | Luis Salazar | William G. Todd |
| Ronald K. Kolins | Christopher H. Milton | Mark A. Salky | Curtis B. Toll |
| Kenneth S. Korea | Kenneth M. Minesinger | Julia R. Sarron | Mark G. Trigg |
| Susan F. Kornspan | Nancy A. Mitchell | Stephen L. Saxl | John F. Triggs |
| Daniel L. Kraus | Teresa J. Moore | John F. Scalia | Gregory D. Trimarche |
| Mark H. Krietzman | Richard Moorhouse | Gordon A. Schaller | Franklin D. Ubell |
| Elliot B. Kula | Paul K. Morton | Barry J. Schindler | James A. Ullman |
| Phillip J. Kushner | Mark R. Moskowitz | Ozzie A. Schindler | Randi L. Valerious |
| Daniel A. Ladow | Gerard J.M. Moussault | Steven M. Schneebaum | Andrew J. Velcoff |
| Adam B. Landa | Marc J. Musyl | Martha J. Schoonover | Fernando Villa |
| Roger A. Lane | Leonard J. Nannarone | Paul J. Schumacher | Mary F. Voce |
| Marcia H. Langley | Reynold Nebel | Charles E. Schwenck | Steven J. Wadyka |
| Mark G. Lappin | Maribel N. Nicholson-Choice | Robert I. Schwimmer | Thomas J. Weber |
| Nancy B. Lash | Michael A. Nicodema | James I. Serota | Neal H. Weinfield |
| Thomas G. Lawer | Daniel P. Novakov | Robert L. Shapiro | Bruce H. White |
| David M. Layman | Neil Novikoff | Steven B. Shapiro | William S. Wilson |
| Jeffrey Leacox | Gregory A. Nylen | J. Scott Sheehan | Toni P. Wise |
| Raymond A. Lee | David S. Oliver | Barry E. Shimkin | Mark J. Wishner |
| Ronald D. Lefton | Leslie O'Neal-Coble | Howard E. Silverman | Jeffrey H. Wolf |
| Richard I. Leher | Judith D. O'Neill | Marlene K. Silverman | Jeffrey M. Wolf |
| Jonathan I. Lessner | John S. Overdorff | William C. Silverman | Linda G. Worton |
| Samuel L. Levy | Randolph M. Paul | Shahe Sinanian | Joanne W. Young |
| Keith E. Linch | Sylvia S. Penneys | Randall C. Single | John R. Zebrowski |
| Paul R. Lipton | Richard M. Petkun | Richard A. Sirus | Kenneth Zuckerbrot |
| Carol Livingston | Michael L. Pflaum | | |