IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREENBERG TRAURIG, LLP,<br><br>Defendant. | No. 08 C 1839<br><br>Judge Hart<br><br>Magistrate Judge Nolan |

**DEFENDANT GREENBERG TRAURIG, LLP'S
AGREED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Greenberg Traurig, LLP ("Greenberg Traurig") moves for the entry of an agreed order extending the time in which it may answer or otherwise plead in response to Plaintiffs Leroy Loudermilk, LML Money Management Corp., and Nashville Partners Fund, LLC ("Plaintiffs"), complaint (the "Complaint") by one week, to July 14, 2008. In support of its motion, Greenberg Traurig states as follows:

1. Plaintiffs filed the above captioned Complaint on April 3, 2008.

2. On May 8, 2008, Greenberg Traurig agreed to waive service. Accordingly, Greenberg Traurig's answer or other responsive pleading is currently due on July 7, 2008.

3. Due to counsel's litigation schedule, Greenberg Traurig requires one additional week, to and including July 14, 2008, in which to finalize a responsive pleading. Greenberg Traurig conferred with counsel for Plaintiffs regarding this motion and counsel for Plaintiffs agreed to the relief requested in this motion via telephone on July 2, 2008.

Respectfully submitted,

/s/ David Jiménez-Ekman
Jeffrey D. Colman
David Jiménez-Ekman
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2683
(312) 840-7683 (fax)

**ATTORNEYS FOR DEFENDANT
GREENBERG TRAURIG, LLP**

Dated: July 7, 2007

1672130

## CERTIFICATE OF SERVICE

I, David Jiménez-Ekman, an attorney, hereby certify that on July 7, 2008, Defendant Greenberg Traurig's Agreed Motion for an Extension of Time to Answer or Otherwise Plead was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system. In addition, I caused direct service upon the following counsel of record on July 7, 2008 via electronic mail and U.P.S. Overnight mail:

    Nathan H. Lichtenstein
    Eric M. Brown
    Aronberg Goldgehn Davis & Garmisa
    330 North Wabash
    Chicago, IL  60611
    Counsel for Plaintiffs

    Respectfully submitted,

    /s/  David Jiménez-Ekman
    Jeffrey D. Colman
    David Jiménez-Ekman
    Jenner & Block LLP
    330 N. Wabash Ave.
    Chicago, IL 60611
    (312) 923-2683
    (312) 840-7683 (fax)

    **ATTORNEYS FOR DEFENDANT**
    **GREENBERG TRAURIG, LLP**

1672130