IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC,**　　　　Plaintiffs,　v.　**GREENBERG TRAURIG, LLP,**　　　　Defendant. | No. 08 C 1839　**Judge Hart**　**Magistrate Judge Nolan** |

## NOTICE OF MOTION

To:　Nathan H. Lichtenstein
　　　Eric M. Brown
　　　Aronberg Goldgehn Davis & Garmisa
　　　330 North Wabash
　　　Chicago, IL  60611
　　　Counsel for Plaintiffs

　　　PLEASE TAKE NOTICE THAT on July 16, 2008, at 11:00 a.m., or at such time counsel may be heard, we shall appear before the Honorable Judge William T. Hart or any judge sitting in his stead, in Courtroom 2243 at the U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen Building, Chicago, Illinois, and then and there present the attached Defendant Greenberg Traurig, LLP's Agreed Motion for an Extension of Time in Which to Answer or Otherwise Plead, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　/s/  David Jiménez-Ekman
　　　　　　　　　　　　　　　　　　　　Jeffrey D. Colman
　　　　　　　　　　　　　　　　　　　　David Jiménez-Ekman
　　　　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　　　　330 N. Wabash Ave.
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　　　(312) 923-2683
　　　　　　　　　　　　　　　　　　　　(312) 840-7683 (fax)

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**

1672130

## CERTIFICATE OF SERVICE

I, David Jiménez-Ekman, an attorney, hereby certify that on July 7, 2008, Defendant Greenberg Traurig's Agreed Motion for an Extension of Time to Answer or Otherwise Plead was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system. In addition, I caused direct service upon the following counsel of record on July 7, 2008 via electronic mail and U.P.S. Overnight mail:

>Nathan H. Lichtenstein
>Eric M. Brown
>Aronberg Goldgehn Davis & Garmisa
>330 North Wabash
>Chicago, IL  60611
>Counsel for Plaintiffs

>Respectfully submitted,

>/s/  David Jiménez-Ekman
>Jeffrey D. Colman
>David Jiménez-Ekman
>Jenner & Block LLP
>330 N. Wabash Ave.
>Chicago, IL 60611
>(312) 923-2683
>(312) 840-7683 (fax)

>**ATTORNEYS FOR DEFENDANT GREENBERG TRAURIG, LLP**

1672130