IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREENBERG TRAURIG, LLP,<br><br>Defendant. | No. 08 C 1839<br><br>Judge William T. Hart<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:  Nathan H. Lichtenstein
   Eric M. Brown
   Aronberg Goldgehn Davis & Garmisa
   330 North Wabash
   Chicago, IL  60611
   Counsel for Plaintiffs

PLEASE TAKE NOTICE THAT on July 14, 2008, Greenberg Traurig, LLP caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant Greenberg Traurig, LLP's Answer and Affirmative Defenses to Plaintiffs' Complaint, a copy of which is attached and served upon you.

Dated:  July 14, 2008

Respectfully submitted,

Greenberg Traurig, LLP


By: */s/  David Jiménez-Ekman*
   One of Its Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
Anne P. Ray
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2683
(312) 840-7683 (fax)

1674112.1

## CERTIFICATE OF SERVICE

I, David Jiménez-Ekman, an attorney, hereby certify that on July 14, 2008, I electronically filed the accompanying **Defendant Greenberg Traurig, LLP's Answer and Affirmative Defenses to Plaintiffs' Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all party participants subscribing to the system including Plaintiff's counsel. In addition, I caused direct service upon the following counsel of record on July 14, 2008 via electronic mail and Federal Express Overnight mail:

>Nathan H. Lichtenstein
>Eric M. Brown
>Aronberg Goldgehn Davis & Garmisa
>330 North Wabash
>Chicago, IL 60611
>Counsel for Plaintiffs

>Respectfully submitted,

>/s/  David Jiménez-Ekman

>Jeffrey D. Colman
>David Jiménez-Ekman
>Anne P. Ray
>Jenner & Block LLP
>330 N. Wabash Ave.
>Chicago, IL 60611
>(312) 923-2683
>(312) 840-7683 (fax)

Dated:  July 14, 2008

1674112.1