IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1839 |
| v. | ) ) ) | Judge William T. Hart |
| GREENBERG TRAURIG, LLP, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) ) | |

**JOINT MOTION TO EXTEND TIME TO COMPLETE WRITTEN DISCOVERY**

Defendant Greenberg Traurig LLP ("Greenberg Traurig") and Plaintiffs Leroy Loudermilk, LML Money Management Corp., and Nashville Partners Fund, LLC ("Plaintiffs"), collectively the "Parties," respectfully and jointly move this Court for the entry of an order extending written discovery an additional 45 (forty-five) days, to and including Monday, October 27, 2008.  In support of this motion, the Parties state:

1.      On July 16, 2008, the Parties appeared before Your Honor for an initial status conference.  At that time, the Parties requested that the Court permit written discovery to allow the parties to further evaluate the potential for settlement and then set a subsequent discovery period for oral discovery if necessary.  The Parties requested 90 (ninety) days to engage in written discovery.  The Court granted 60 (sixty) days at that time, and set a written discovery cutoff of September 12, 2008, and a status conference on September 17, 2008.

2.      Plaintiffs' claims arise out of Greenberg Traurig's representation of plaintiff Leroy Loudermilk in connection with (i) the issuance of a tax opinion letter regarding certain

partnership transactions and (ii) the establishment of a trust.  In addition to Greenberg Traurig, there were several other entities that were involved in the partnership transactions, including then-Bank One, the accounting firm Grant Thornton, and the partnership entities that were the subject of the transaction itself, Bricolage entities.  The Parties believe that these third parties have documents relevant to Plaintiffs' claims and Greenberg Traurig's defenses.

3.     Since the initial status conference, the Parties have been diligent in engaging in written discovery.  Both Plaintiffs and Greenberg Traurig have served document requests and interrogatories.  Greenberg Traurig responded to Plaintiffs' requests, and made an initial document production, on September 5, 2008.  Plaintiffs anticipate making timely responses to Greenberg Traurig's requests on September 10, 2008.

4.     Greenberg Traurig also served document subpoenas on three third parties, two of which are out of state.  Counsel for Greenberg Traurig has received responses from one third party, Grant Thornton from New York.  Counsel for Greenberg Traurig is advised that a second third party (with whom Plaintiffs have settled), formerly Bank One, intends to respond to Greenberg Traurig's subpoena by the end of the week.  However, counsel for Greenberg Traurig is advised that the Bricolage entities, which were the parties that were the subject of the underlying partnership transaction, have gone through bankruptcy and are now "shell entities" with minimal staff.  On Thursday, September 4, 2008, counsel for Greenberg Traurig was advised by counsel for Bricolage that Bricolage would require at least another 30 days to respond to Greenberg Traurig's subpoena, which was served in Delaware on August 13, 2008 and had a return date of September 2, 2008.

5.     The Parties jointly request an additional 45 days to permit the orderly completion of written discovery and to consider settlement possibilities.  The Parties make this request for

three reasons. *First*, due to circumstances beyond their control, Greenberg Traurig will not receive documents from the Bricolage entities until at least three weeks after the current discovery cutoff. *Second*, while Greenberg Traurig has made an initial document production of its paper records, Greenberg Traurig needs additional time to search electronic sources for responsive documents. *Third*, both Plaintiffs and Greenberg Traurig need additional time to review documents received from each other and the third-party entities to determine their completeness, pursue any disputes, and serve any additional discovery made necessary by the responses.

6.    At the conclusion of this written discovery process, it remains the Parties' joint intent to determine whether settlement discussions will be appropriate.

WHEREFORE, the Parties respectfully and jointly request that this Court enter an order

extending written discovery an additional 45 (forty-five) days, to and including Monday, October

27, 2008.

Dated: September 9, 2008                          Respectfully submitted,

                                                  GREENBERG TRAURIG, LLP


                                                  By:    _s/ David Jiménez-Ekman_____
                                                         One of its Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
Anne P. Ray
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484



                                                  Respectfully submitted,

                                                  LEROY LOUDERMILK, LML MONEY
                                                  MANAGEMENT CORP., and
                                                  NASHVILLE PARTNERS FUND, LLC


                                                  By:    _s/ Nathan H. Lichtenstein_____
                                                         _(with consent)_____
                                                         One of their Attorneys

Nathan H. Lichtenstein
Eric M. Brown
ARONBERG GOLDGEHN DAVIS &
GARMISA
330 North Wabash Ave, Suite 1700
Chicago, Illinois 60611
312-828-9600