IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1839 |
| v. | ) ) | Judge William T. Hart |
| GREENBERG TRAURIG, LLP, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) ) | |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, September 17, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge William T. Hart, in Courtroom 2243 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying **Joint Motion to Extend Time to Complete Written Discovery**, a copy of which is hereby served upon you.

Dated: September 9, 2008

Jeffrey D. Colman
David Jiménez-Ekman
Anne P. Ray
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Nathan H. Lichtenstein
Eric M. Brown
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Ave, Suite 1700
Chicago, Illinois 60611
312-828-9600

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   *s/ David Jiménez-Ekman*
      One of its Attorneys

LEROY LOUDERMILK, LML MONEY MANAGEMENT CORP., and NASHVILLE PARTNERS FUND, LLC

By:   *s/ Nathan H. Lichtenstein*
      *(with consent)*
      One of their Attorneys

2

## **CERTIFICATE OF SERVICE**

      I, David Jiménez-Ekman, an attorney, hereby certify that on September 9, 2008, the accompanying **Joint Motion to Extend Time to Complete Written Discovery** was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Nathan H. Lichtenstein
Eric M. Brown
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Ave, Suite 1700
Chicago, Illinois 60611
312-828-9600

                                                    *s/ David Jiménez-Ekman*